Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.: 16−19552−CMG
                          Chapter: 13
                          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin E Dolan
   138 George St
   New Brunswick, NJ 08901−1403

Social Security No.:
   xxx−xx−7418

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on July 1, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 69 − 67
Order Granting Application For Payment of Unclaimed Funds (Related Doc # 67). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/1/2020. (wir)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 1, 2020
JAN: wir

                                                     Jeanne Naughton
                                                     Clerk